**George W. Randall and T. F. Randall, trading as G. W. Randall & Company, Defendants in Error, v. R. Whittingham, Plaintiff in Error.**

### Gen. No. 19,219. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JAMES C. MARTIN, Judge, Presiding. Heard in the Branch Appellate Court at the March term, 1913. Affirmed. Opinion filed March 10, 1914.

### Statement of the Case.

Action by George W. Randall and T. F. Randall, trading as G. W. Randall & Company, against R. Whittingham to recover for goods sold and delivered by plaintiffs to the defendant on an open account, consisting of 3,707 pounds of chickens at 6 cents per pound, amounting to $222.42, on which a credit of $50 was allowed. Defendant, in his affidavit of defense, admitted the purchase of the chickens at 5 cents per pound and alleged that "about one-third" were delivered to him in an unwholesome and unsaleable condition. The court, deeming such allegation as an admission of a portion of the claim, entered judgment for $86.66, reserving the rest of the claim for future consideration. To reverse the judgment, defendant brings error.

VICTOR A. G. MURRELL, for plaintiff in error; F. W. SNIDER, of counsel.

BLUM, WOLFSOHN & BLUM, for defendants in error.

MR. JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 95*—*when record shows nothing for review.* Where assignments of error are predicated on a common-law record

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

which shows no motion to vacate the judgment or exception thereto, but shows only the pleadings, orders relating thereto, which were acquiesced in, and the judgment, the record shows no points for review on errors saved in the court below, and the judgment will be allowed to stand.

---

## Louis A. Elisburg, Defendant in Error, v. Nellie K. Berkey and Arista W. Berkey, Plaintiffs in Error.

### Gen. No. 18,993. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. THOMAS F. SCULLY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Affirmed. Opinion filed March 10, 1914.

### Statement of the Case.

Action of forcible entry and detainer brought in the Municipal Court by Louis A. Elisburg against Nellie K. Berkey and Arista W. Berkey to recover possession of a flat in an apartment building. The plaintiff, claiming right of ownership by a quitclaim deed from Nellie K. Berkey, had been in possession of the apartment building for some months, the tenants having attorned to him. One of the flats became vacant and the defendants took possession of it. At the trial an attempt was made by the defendants to have tried the question as to the ownership of the property, the claim being made that the quitclaim deed was obtained by fraud. Judgment was entered in favor of plaintiff and a writ of restitution was granted after the hearing. To reverse the judgment, defendants bring error.